IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WILLIAM R. JOHNSON,<br><br>   Plaintiff,<br>v.<br><br>MARIA BORELL, individually, and<br>JANE DOES 1-10,<br><br>   Defendant. | **CASE NO. 25-CV-80252-ROSENBERG** |

## NOTICE OF FILING OF STATUS REPORT

PLEASE TAKE NOTICE that Plaintiff William Johnson, hereby files the attached Status Report pursuant to the Court's Order, filed on February 25, 2025 (ECF No. 4), regarding the efforts made to locate and serve Defendant's Maria Borell and Jane Does 1-10.

**DATED: March 3, 2025.**

Respectfully submitted,

*/s/ Darren Spielman*
Darren Spielman (FBN 10868)
dspielman@conceptlaw.com
**THE CONCEPT LAW GROUP, P.A.**
6400 N Andrews Avenue, Suite 500
Fort Lauderdale, FL 33309
(t) 754-300-1500
(f) 754-300-1501
*Attorneys for Plaintiff*

# EXHIBIT A

**Service of Process Status Report**

**Date of Report: March 3, 2025**

| Defendant Name | Summonses Issued | Service Attempted | Service Made | Answer Due | Appearance |
|---|---|---|---|---|---|
| Maria Borell | Not Issued | N/A | N/A | N/A | N/A |
| Jane Does 1-10 | Not Issued | N/A | N/A | N/A | N/A |

**Defendant Specific Notes**

| | |
|---|---|
| Maria Borell and Jane Does 1-10 | Plaintiff Filed an Ex-Parte Motion for permission to conduct expedited discovery and Memorandum of Law on February 25, 2025 (ECF No. 3), to locate the Defendants and ensure proper service. The Motion has not yet been ruled upon. |