UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80252-RLR/BER

WILLIAM R. JOHNSON,

        Plaintiff,

v.

MARIA BORELL, et al.,

        Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S EX PARTE
MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY (ECF No. 3)**

This matter is before the Court on Plaintiff's Ex Parte Motion for Leave to Take Expedited Discovery (ECF No. 3).  The Court has carefully considered the Motion, the record, and it otherwise fully advised in the premises.

Accordingly, for good cause shown, it is ORDERED AND ADJUDGED as follows:

    1.    Plaintiff's Motion is hereby GRANTED.

    2.    Plaintiff is authorized to immediately issue subpoenas to, and depose only as necessary, Reddit, Inc., X Corp. f/k/a Twitter, Inc., Google, Inc., Meta Platforms, Inc. d/b/a Meta, John Dagys Media, LLC d/b/a sportscar365.com, Yahoo!, Inc., and AOL, Inc. (a division of Yahoo!, Inc.), and any communication platform identified through the Subpoenas authorized herein.  The discovery sought shall be

reasonably limited to information and documents likely to assist in determining Defendants' name(s) and service address(es).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of March 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE