UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-80252

WILLIAM R. JOHNSON,

       Plaintiff,

v.

MARIA BORELL,

       Defendant.
_____/

## ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, U.S. District Judge Aileen Cannon referred this matter to me for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. 103. Upon a review of the record, subject matter jurisdiction has not been adequately alleged.

The Second Amended Complaint ("SAC") asserts diversity jurisdiction under 28 U.S.C. § 1332(a), alleging that Plaintiff, William Johnson, is a citizen of Florida. ECF No. 60. But the SAC does not allege the citizenship of Defendant, Maria Borell. It says only that Ms. Borell's "domicile and permanent residence location is unknown" and that she travels among different locations. ECF No. 60 ¶2. This allegation is insufficient to invoke the Court's diversity jurisdiction because it does not plausibly allege that Ms. Borell is not a citizen of Florida. *See Storms v. Haugland Energy*

*Group, LLC,* 18-CV-80334, 2018 WL 4347603, at *2 (S.D. Fla. Aug. 17, 2018), *report and recommendation adopted,* 18-CV-80334-BB, 2018 WL 4347604 (S.D. Fla. Sept. 4, 2018).

Accordingly, the Court **ORDERS** that by **5:00 p.m. January 30, 2026**, Plaintiff shall show cause why this case should not be dismissed for lack of subject matter jurisdiction.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 23rd day of January, 2026.

_____
BRUCE E. REINHART
United States Magistrate Judge