UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CV-80252

WILLIAM R. JOHNSON,

        Plaintiff,

v.

MARIA BORELL,

        Defendant.

_____/

## **ORDER**

On December 9, 2025, the Court held a status conference to discuss discovery case management and pre-filing conferral requirements in this case. ECF Nos. 71, 82. Counsel for Plaintiff, William R. Johnson, and *pro se* Defendant, Maria Borell, appeared at the status conference. Following the status conference, I ordered the parties to confer regarding (1) Ms. Borell's responses to Mr. Johnson's requests for admission, requests for production, and interrogatories, including the anticipated burden of responding, and the estimated amount of time needed for Ms. Borell to serve responses and produce responsive documents; (2) the domiciles of the parties; and (3) any agreements the parties reach on the necessity and breadth of jurisdictional discovery in this case. ECF No. 86. Ms. Borell filed an Emergency Objection and Request for Protective Relief Pending Anti-SLAPP Ruling, which the Court overruled. ECF Nos. 88, 114.

While Ms. Borell's objection was pending, I recommended denial of Ms. Borell's Motion to Dismiss, ECF No. 62, with respect to subject matter jurisdiction, and determined that the Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). ECF Nos. 112–13. Thus, the remaining issues to address are the Requests for Admission, Requests for Production, and Interrogatories. ECF Nos. 112–13. I conclude that the parties should confer and proceed as specified below.

Accordingly, the Court **ORDERS** as follows:

1. No later than **5:00 p.m. February 19, 2026**, the parties shall confer regarding Ms. Borell's responses to Mr. Johnson's requests for admission, requests for production, and interrogatories, including whether responsive materials exist, the anticipated burden of responding, and the estimated amount of time needed for Ms. Borell to serve responses and produce responsive documents.

2. After conferring, if the parties are unable to reach agreement, Mr. Johnson is permitted to file a motion to compel, Ms. Borell may file a response, and Mr. Johnson may file a reply as set forth by Local Rule 7.1(c)(1).

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 5th day of February, 2025.

BRUCE E. REINHART
United States Magistrate Judge